_____FILED  _____ENTERED
_____LODGED  _____RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JUN 1 6 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

NHELTA KAYREN

Plaintiff,

V.                                                      CIVIL ACTION NO

CREDITORS FINANCIAL GROUP LLC

Defendant.                                           JUNE 11, 2010

NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed with prejudice and without costs,

subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

"APPROVED" THIS 15TH DAY
α  June 20 10

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

## *CERTIFICATION*

I hereby certify that on 6/11/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy